# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS URGENT,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | **NO. 17-2180** |
| | : | |
| **THE DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF LEHIGH, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 14th day of February, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1) and the response thereto (Doc. No. 5), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 6), **IT IS ORDERED** that:

1. The Report & Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
LAWRENCE F. STENGEL, C.J.